FAYETTE W. PIERCE et al., Appellants, *v.* PAUL S. BROWN et al., Respondents.

(Argued January 24, 1877; decided February 6, 1877.)

DECIDED upon the facts in the case.

*Wm. R. Baldwin* for the appellants.

*La Ray S. Gove* for the respondents.

MILLER, J., reads for affirmance.
All concur.
Judgment affirmed.

———————

JAMES DEVLIN, Respondent, *v.* AMBROSE O'NEILL et al., Appellants.

(Argued January 26, 1877; decided February 6, 1877.)

THIS was an action to recover damages for the alleged unlawful entry by defendants upon and injury to premises owned by plaintiff, removing therefrom fixtures and furniture, etc. As the court simply concur in result, no further statement is made of the case.

*Allen McDonald* for the appellants.

*Francis C. Devlin* for the respondent.

MILLER, J., reads for affirmance.
All concur in result.
Judgment affirmed.